IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Clarence Lewis,<br>    Appellant<br><br>v.<br><br>The Money Source, Inc.,<br>    Appellee | Case No. 3:24-cv-00387-JKM<br><br>(District Judge Julia K. Munley) |

## Notice of Appeal to United States Court of Appeals for the Third Circuit

    Clarence William Lewis, Jr., the appellant herein, appeals to the United States Court of Appeals for the Third Circuit from the final order of the United States District court for the Middle District of Pennsylvania entered in this case by the Honorable Julia Munley on January 23, 2026. The order, for the reasons set forth in the accompanying January 23, 2026 opinion, denied the appeal from the bankruptcy court filed by Clarence William Lewis, Jr. and closed the case.

    The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

Clarence Lewis, Appellant:        Carlo Sabatini
                                                Sabatini Law Firm, LLC
                                                216 N. Blakely St.
                                                Dunmore, PA 18512
                                                Phone (570) 341-9000
                                                Email: ecf@bankruptcypa.com

| | |
|---|---|
| The Money Source, Inc., Appellee: | Matthew Haar<br>Saul Ewing Arnstein & Lehr LLP<br>650 College Rd. East, Suite 4000<br>Princeton, NJ 08540<br>Phone (717) 257-7508<br>Email matt.haar@saul.com |
| United States Trustee: | Joseph P. Schalk<br>Acting Assistant United States Trustee<br>United States Department of Justice<br>Office of the United States Trustee<br>Middle District of Pennsylvania<br>1501 N. 6th Street, Box 302<br>Harrisburg, PA 17102<br>Tel. (717) 221-4533<br>joseph.schalk@usdoj.gov |
| Jack Zaharopoulous, Trustee: | Jack N. Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>717-566-6097<br>jzaharopoulos@pamd13trustee.com |