**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Clarence Lewis, | Case No. 3:24-cv-00387-JKM |
| Appellant | (District Judge Julia K. Munley) |
| v. | |
| The Money Source, Inc., | |
| Appellee | |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of John Paul Regan, Esquire, on behalf of Appellee, The Money Source, Inc., in the above-captioned matter. Matthew Haar, Esquire, of Saul Ewing LLP, with continue as counsel for Appellee.

Respectfully submitted,

Dated:  June 24, 2026

/s/ *John Paul Regan*
Matthew M. Haar, Esq. (PA ID 85688)
Saul Ewing LLP
2 N. Second Street, 7th Floor
Harrisburg, PA  17101
matt.haar@saul.com – 717-257-7508

John Paul Regan, Esq. (PA ID 320664)
Saul Ewing LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
jp.regan@saul.com – 412-209-2502

*Attorneys for Appellee The Money Source, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, a copy of the foregoing **WITHDRAWAL OF APPEARANCE** was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Carlo Sabatini, Esq.
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, Pennsylvania 18512
carlo@bankruptcypa.com

*Attorneys for Appellant*

Dated:  June 24, 2026          /s/ *John Paul Regan*
                                              John Paul Regan, Esq.